# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00070-CR

**Regina Long, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
### NO. 2C1606985, THE HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING

## O R D E R   F O R   C L E R K   T O   D E L I V E R ORIGINAL TRIAL EXHIBIT TO COURT

**PER CURIAM**

Pursuant to Rule 34.6(g) of the Texas Rules of Appellate Procedure, appellant Regina Long has filed an unopposed motion to transfer two original trial exhibits, State's Exhibit #2 and State's Exhibit #9, to this Court. *See* Tex. R. App. P. 34.6(g) (authorizing appellate court to "direct the trial court clerk to send it any original exhibit" on any party's motion).

The motion is granted in part, as to State's Exhibit #2, and denied in part, as to State's Exhibit #9. We hereby direct the clerk of the trial court to provide the original State's Exhibit #2, which consists of nine-three color photographs submitted collectively as State's Exhibit #2, to this Court on or before November 13, 2020.

It is so ordered on October 14, 2020.


Before Justices Goodwin, Triana, and Smith

Do Not Publish